IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION
COLUMBUS, OHIO

| | | |
|---|---|---|
| JOHN W. COEN, JR., Administrator of the Estate of John W. Coen, Sr. | : : : | |
| Plaintiff, | : : | Case No. 2:14-CV-01239 |
| -vs- | : : : | Judge Edmund A. Sargus |
| D&T TRUCKING, et al., | : : | Magistrate Judge Terence P. Kemp |
| Defendants. | : : | |

## STIPULATION OF DISMISSAL

Plaintiff John W. Coen, Jr., Administrator of the Estate of John W. Coen, Sr. and Defendants D&T Trucking and Byron L. Washington, by and through their counsel, state that they have settled all claims in the within case. Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereto hereby agree and stipulate that the within case and all claims asserted in this action, by virtue of any and all pleadings filed herein, are hereby DISMISSED with prejudice. Outstanding Court costs to be assessed to Defendants.

Respectfully submitted,

| | |
|---|---|
| YACOBOZZI DRAKATOS LLC | JURCA & LASHUK, LLC |
| /s/ Eleni A. Drakatos | /s/ Beth Anne Lashuk |
| Eleni A. Drakatos (0076269) | Jeffrey J. Jurca (0012107) |
| 1243 South High Street | Beth Anne Lashuk (0063144) |
| Columbus, Ohio 43206 | 240 North Fifth Street, Suite 330 |
| (614) 443-2800; (614) 443-2801 fax | Columbus, Ohio 43215 |
| edrakatos@ydlegal.com | (614) 846-9228); (614) 846-9181 fax |
| *Attorney for Plaintiff John W. Coen, Jr., Administrator of the Estate of John W. Coen, Sr.* | jjurca@jurcalashuk.com |
| | blashuk@jurcalashuk.com |
| | *Attorneys for Defendants D&T Trucking and Byron L. Washington* |

1